# BAKER BOTTS LLP

| | | |
|---|---|---|
| 30 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK<br>10112-4498<br><br>TEL +1 212.408.2500<br>FAX +1 212.408.2501<br>BakerBotts.com | AUSTIN<br>BRUSSELS<br>DALLAS<br>DUBAI<br>HONG KONG<br>HOUSTON<br>LONDON | MOSCOW<br>**NEW YORK**<br>PALO ALTO<br>RIYADH<br>SAN FRANCISCO<br>WASHINGTON |

November 9, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/9/2021___

Earl B. Austin
TEL: 2149536542
FAX: 2146614542
earl.austin@bakerbotts.com

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

     Re:   *Montefiore Medical Center et ano v. Aetna Health Inc. et ano*, No. 21 Civ. 7838

Dear Judge Vyskocil:

     The parties write jointly concerning the Court's November 3, 2021 Order directing Plaintiffs to serve a complaint in this action on Defendants on or before November 17, 2021. ECF No. 8. The parties are currently engaged in discussions regarding a potential resolution of this matter, and, to give additional time for those discussions, jointly request that the deadline for Plaintiffs to file and serve a complaint be extended until December 17, 2021. Accordingly, we respectfully request that the Court "so-order" this proposed extension of time. This is the parties' first request for such an extension.

     Respectfully submitted,

     BAKER BOTTS L.L.P.

     */s/ Earl B. Austin*
     Earl B. Austin
     Brendan F. Quigley
     Eric Dupont

     *Attorneys for Defendants Aetna Health, Inc. and Aetna Health Insurance Company of New York*

     GARFUNKEL WILD, P.C.

     */s/ Michael J. Keane*
     Michael J. Keane

**BAKER BOTTS** LLP

Hon. Mary Kay Vyskocil - 2 - November 9, 2021

> 111 Great Neck Road
> Great Neck, NY 11021
>
> *Attorneys for Plaintiffs Montefiore Medical Center, Montefiore New Rochelle Hospital, Montefiore Mount Vernon Hospital, Montefiore Nyack Hospital, St. Luke's Cornwall Hospital, Winifred M. Burke Rehab Hospital, and White Plains Hospital Medical Center*

---

**GRANTED.  Plaintiffs' deadline to serve the complaint is extended from November 17, 2021 to December 17, 2021.  SO ORDERED.**

Date: 11/9/2021
New York, New York

*[signature]*
Mary Kay Vyskocil
United States District Judge