**BAKER BOTTS** LLP

| | |
|---|---|
| 30 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK<br>10112-4498<br><br>TEL +1 212.408.2500<br>FAX +1 212.408.2501<br>BakerBotts.com | AUSTIN         MOSCOW<br>BRUSSELS    **NEW YORK**<br>DALLAS         PALO ALTO<br>DUBAI           RIYADH<br>HONG KONG SAN FRANCISCO<br>HOUSTON    WASHINGTON<br>LONDON |

March 30, 2022

Earl B. Austin
TEL: 2149536542
FAX: 2146614542
earl.austin@bakerbotts.com

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2022

   Re: *Montefiore Medical Center et al. v. Aetna Health Inc. et ano.*, No. 21 Civ. 7838

Dear Judge Vyskocil:

  In an order dated February 24, 2021, the Court granted the parties' fourth request to extend Plaintiffs' deadline to serve the complaint to April 1, 2022. ECF No. 14. The parties hereby request an additional 30-day extension, to May 2, 2022, for Plaintiffs' to file their complaint.

  The claims at issue in this litigation involve health-care services provided to hundreds of individual patients over a 13-year period, and the parties have been analyzing a significant amount of data to assess those claims and the issues in the litigation. The parties have continued to meet and exchange the detailed claims data necessary to evaluate the claims at issue. The individual chiefly responsible for the negotiations for Montefiore recently retired, which has delayed the parties' discussions, but the parties continue to work toward a resolution. The parties believe they are making substantial progress and are cautiously optimistic that they can reach an agreement to resolve this matter, but do not expect to complete their discussions before the current April 1 pleading deadline. Both parties believe that additional discussions are worthwhile in an effort to resolve this matter without further litigation.

  Accordingly, the parties seek a 30-day extension of time to continue their work toward a possible resolution, and we respectfully request that the Court "so-order" the parties' letter motion to extend Plaintiffs' deadline to serve the complaint to May 2, 2022. As noted above, this is the parties' fifth request for an extension. We appreciate the Court's consideration.

**BAKER BOTTS** LLP

Hon. Mary Kay Vyskocil — - 2 - — March 30, 2022

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Earl B. Austin*
Earl B. Austin
Brendan F. Quigley
Eric DuPont

*Attorneys for Defendants Aetna Health, Inc. and Aetna Health Insurance Company of New York*

GARFUNKEL WILD, P.C.

/s/ *Michael J. Keane*
Michael J. Keane

111 Great Neck Road
Great Neck, NY 11021

*Attorneys for Plaintiffs Montefiore Medical Center, Montefiore New Rochelle Hospital, Montefiore Mount Vernon Hospital, Montefiore Nyack Hospital, St. Luke's Cornwall Hospital, Winifred M. Burke Rehab Hospital, and White Plains Hospital Medical Center*

---

**DENIED. This case was removed to this Court in September 2021 and Plaintiff's original deadline to file the Complaint was September 29, 2021. The Court will not allow this case to drag on.**

**Accordingly, Plaintiffs are directed to serve the complaint on Defendants on or before April 20, 2022. If service has not been made on or before April 20, 2022, and if Plaintiffs fail to show cause, in writing, why service has not been made, the action will be dismissed for failure to prosecute pursuant to N.Y. CPLR § 3012(b).**

Date: 4/6/2022
New York, New York

Mary Kay Vyskocil
United States District Judge